**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KEVIN WHEELER, | ) | |
| | ) | |
| Plaintiff, | ) | 12-cv-3631 |
| | ) | |
| vs. | ) | Judge St. Eve |
| | ) | Magistrate Judge Ashman |
| EVEREST RECEIVABLE SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>PLAINTIFF'S NOTICE OF SETTLEMENT</u>**

Plaintiff hereby informs the Court that the parties have reached a settlement in this case. The parties will execute a settlement agreement and plaintiff will file a notice of dismissal shortly. Plaintiff also respectfully requests that the Court strike all pending deadlines and due dates.

Respectfully Submitted,

<u>s/Tiffany N. Hardy</u>
Tiffany N. Hardy

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## <u>CERTIFICATE OF SERVICE</u>

I, Tiffany N. Hardy, hereby certify that on June 20, 2012, I caused to be filed the foregoing document via the CM/ECF System.  I sent notification of such filing to the following party via electronic mail:

Neil Walsh
nwalsh@everest-inc.com


<u>s/Tiffany N. Hardy</u>
Tiffany N. Hardy