**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KEVIN WHEELER, | ) | |
| | ) | |
| Plaintiff, | ) | 12-cv-3631 |
| | ) | |
| vs. | ) | Judge St. Eve |
| | ) | Magistrate Judge Ashman |
| EVEREST RECEIVABLE SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kevin Wheeler hereby dismisses his individual claims against defendant Everest Receivable Services, Inc. with prejudice and without costs.

Respectfully Submitted,

s/Tiffany N. Hardy
Tiffany N. Hardy

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

2

**CERTIFICATE OF SERVICE**

  I, Tiffany N. Hardy, hereby certify that on July 18, 2012, I caused to be filed the foregoing document via the CM/ECF System. I sent notification of such filing to the following party via electronic mail:

Neil Walsh
nwalsh@everest-inc.com

                s/Tiffany N. Hardy
                Tiffany N. Hardy